

FILED

2022 JUL 27 PM 3: 18

BARBARA A. WIEDENBEIN
CLERK OF COMMON PLEAS
CLERMONT COUNTY, OH

# IN THE COURT OF COMMON PLEAS
## CLERMONT COUNTY, OHIO

| | | |
|---|---|---|
| CHAD A. MURRAY | ) | **Case No.:** |
| 5169 KY Highway 1992 | ) | 2022 CVH 00701    JUDGE BROCK |
| Warsaw, KY 41095 | ) | |
| Plaintiff, | ) | **Judge:** |
| | ) | |
| vs. | ) | |
| | ) | |
| KEYSTONE RV COMPANY | ) | **COMPLAINT** |
| 2642 Hackberry Drive | ) | |
| Goshen, IN 46526 | ) | (Jury Demand Endorsed Hereon) |
| and | ) | |
| HOLMAN MOTORS, INC. | ) | |
| 4387 Elick Lane and State Route 32 | | |
| Batavia, OH 45103 | | |
| Defendants | | |

Now comes Plaintiff, Chad A. Murray, by and through undersigned counsel and states as follows:

## BACKGROUND

1.    Plaintiff, Chad A. Murray, is an adult individual citizen and legal resident of the State of Kentucky, residing at 5169 KY Highway 1992, Warsaw, KY 41095.

2.    Defendant, Keystone RV Company, is a business corporation qualified to do and regularly conducting business in the State of Ohio, with its principal place of business located in Indiana and can be served at 2642 Hackberry Drive, Goshen, IN 46526.

3.    Defendant, Holman Motors, Inc., is a business corporation qualified to do and regularly conducting business in the State of Ohio, with its principal place of

business located in Ohio and can be served at 4387 Elick Lane and State Route 32, Batavia, OH 4513.

4.  On or about June 29, 2021, Plaintiff purchased a new 2021 Alpine 3850RD, manufactured and warranted by Defendant, from Holman Motors, Inc. (4387 Elick Lane and State Route 32, Batavia, OH 45103) bearing the Vehicle Identification Number 4YDF3852XME781013 (hereinafter the "vehicle").

5.  The vehicle was purchased or leased in the State of Ohio and is registered in Kentucky.

6.  The price of the vehicle and/or the total of payments is approximately $68,960.02.

7.  Plaintiff states that as a result of the ineffective repair attempts made by Defendants, through its authorized dealer(s), the vehicle cannot be utilized for the purposes intended by Plaintiff at the time of acquisition and hence, the vehicle is worthless and/or substantially impaired.

8.  In consideration for the purchase of the above vehicle, Defendants issued to Plaintiff one or more written warranties on particular items.

9.  On at least one (1) occasion Plaintiff returned to the dealership for the following issues: the road side front side wall is cracking, kitchen sink drain plug not holding water in the sink, shower door latch defective, ceiling fan screw missing, breaker labeled "vac" does not run the "vac" and loses power, massage and heat option on the chair inoperative, water lines exposed on the outside of kitchen slide out, decal on the front cap peeling, ice maker not working, backsplash melted behind the stove and buckled at the main counter area, ceiling cracked in the living room area, not all LED lights on the awning are working, not all LED lights

on the front cap are working, shower head holder is stripped and not tightening, pantry door has a knick in it, when unit is completely level it will not close properly, staples and nails popping out throughout the unit, some cabinets near the steps have to be closed at the same time to close them properly, cabinet on the left side of the TV not closing properly, steps will not latch and are hard to unlock and bending the door frame, fender skirt on the road side not secure, gutter extension on slide out near entry door installed upside down, front and rear air conditioner units blowing debris inside the camper and not working properly, battery not charging when unhooking the unit from the shore power and towing, trim coming loose, and the backup camera inoperative.

10.     Plaintiff notified the Defendant and/or its Authorized Dealer(s) on one or more occasions, and/or formally notified the Defendant by letter of Plaintiff's present intention to revoke acceptance of the vehicle and requested the return of all funds paid toward the vehicle.

## COUNT I
## OHIO LEMON LAW

11.     Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

12.     Section 1345.71 through Section 1345.77 of the Ohio Consumer Sales Practices Act is commonly known as, and will hereinafter be referred to as, the "Ohio Lemon Law."

13.     Plaintiff is a "Consumer" as defined by R.C. § 1345.71(A).

14.     Defendant is a "Manufacturer" as defined by R.C. § 1345.71(B).

15.     Defendant provided an "Express Warranty" and a "Warranty" as defined by R.C.
        § 1345.71 (C).

16.     Plaintiff purchased or leased the vehicle from and/or had it serviced at
        Defendant's "Authorized Dealer[(s)]," as that term is used throughout R.C. §
        1345.71 et seq.

17.     Plaintiff reported one or more "nonconformities," as defined by R.C. § 1345.72
        (B) and 1345.71(E), to the manufacturer, through its authorized dealer, within one
        year and eighteen thousand (18,000) miles of the date of delivery.

18.     Defendant, through its authorized dealer(s), has been unable, unwilling and/or has
        refused to conform the motor vehicle to the express warranty by repairing one or
        more nonconformities within a reasonable number of attempts or a reasonable
        amount of time.

19.     Plaintiff may satisfy one or more of the presumptions in Section 1345.73.

20.     If Defendant maintains a qualified Informal Dispute Resolution Mechanism,
        Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint
        and/or has pursued that process to its completion, as required by R.C. § 1345.77
        (B) and rules promulgated thereunder.

WHEREFORE, Plaintiff respectfully demands:

1.      The "full purchase price" of the vehicle, collateral charges, finance
        charges, incidental and consequential damages;

2.      Costs, including expert witness fees and reasonable attorney's fees; and

3.      For such other relief as this court deems just and proper.

## COUNT II
## MAGNUSON-MOSS FEDERAL TRADE COMMISSION ACT

21. Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

22. Plaintiffs is a "Consumer" as defined by 15 U.S.C. § 2301(3).

23. Defendant is a "Supplier" and a "Warrantor" as defined by 15 U.S.C. § 2301(4) & (5).

24. The vehicle is a "Consumer Product" as defined by 15 U.S.C. § 2301(1).

25. One or more of the warranties given to Plaintiff by Defendant was a "Written Warranty" as defined by 15 U.S.C. § 2301(6) and/or a "Service Contract" as defined by 15 USC § 2301(8).

26. Defendant, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the written warranty and/or service contract by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

27. Plaintiff states that Defendant has been afforded a reasonable opportunity to cure the vehicle's nonconformities pursuant to 15 U.S.C. § 2310 (e).

28. Section 15 U.S.C. § 2310 (d) (1) provides:

    Subject to subsections (a)(3) and (e) of this section, a consumer who is damaged by the failure of a supplier, warrantor, or service contractor to comply with any obligation under this chapter, or under a written warranty, implied warranty, or service contract, may bring suit for damages and other legal and equitable relief....

29. As a direct and proximate result of Defendant's failure to comply with Defendant express written and implied warranties and service contract, Plaintiff has and continues to suffer damages.

30.     If Defendant maintain a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has pursued that process to its completion, as required by 15 U.S.C. § 2310 (a) and rules promulgated thereunder.

31.     Pursuant to 15 U.S.C. § 2310 (d)(2), Plaintiff seeks all Costs, including attorney's fees and expert witness fees.

WHEREFORE, Plaintiff respectfully demands:

1.     The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2.     Costs, including expert witness fees and reasonable attorney's fees; and

3.     For such other relief as this court deems just and proper.


## COUNT III
## OHIO UNIFORM COMMERCIAL CODE

32.     Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

33.     The defects and nonconformities exhibited by the vehicle constitute a breach of contractual and statutory obligations of Defendant, including, but not limited to, the following:

a.     Express Warranty

b.     Implied Warranty of Merchantability; and

c.     Implied Warranty of Fitness for a Particular Purpose.

34.　At the time delivery of the vehicle to Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

35.　At the time of delivery of the vehicle and at all times subsequent thereto, Defendant was aware that Plaintiff was relying on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

36.　Plaintiff has incurred damage as a direct and proximate result of the Defendants' breach and failure to honor its express and implied warranties, obligations and representations with regard to the vehicle.

37.　Plaintiff has incurred damage as a direct and proximate result of the failure of essential purpose of Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

WHEREFORE, Plaintiff respectfully demands:

1.　The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2.　Costs, including expert witness fees and reasonable attorney's fees; and

3.　For such other relief as this court deems just and proper.

## COUNT IV
## IMPLIED WARRANTY IN TORT

38.　Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

39.　The defects and nonconformities exhibited by the vehicle constitute a breach of contractual, statutory and/or common law obligations of Defendant, including, but not limited to, the following:

       a.     Implied Warranty of Merchantability sounding in Tort; and

       b.     Implied Warranty of Fitness for a Particular Purpose sounding in Tort.

40.     At the time delivery of the vehicle to Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendant's implied warranties, obligations and representations with regard to the vehicle.

41.     At the time of delivery of the vehicle and at all times subsequent thereto, Defendant was aware that Plaintiff was relying on Defendant's implied warranties, obligations and representations with regard to the vehicle.

42.     Plaintiff has incurred damage as a direct and proximate result of the Defendant's breach and failure to honor its implied warranties, obligations and representations with regard to the vehicle.

WHEREFORE, Plaintiff respectfully demands:

       1.     The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

       2.     Costs, including expert witness fees and reasonable attorney's fees; and

       3.     For such other relief as this court deems just and proper.

## COUNT V
## OHIO CONSUMER SALES PRACTICES ACT

43.     Plaintiff hereby re-avers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

44.     Section 1345.01 et seq. is commonly known as, and will hereinafter be referred to as, the "Ohio Consumer Sales Practices Act" or "CSPA."

45.     Plaintiff is a "Person," as defined by R.C. § 1345.01 (B).

46.     Defendant is a "Supplier" and "Person" as defined by R.C. § 1345.01 (C) & (B).

47.     Plaintiff's purchase of the vehicle is a "Consumer Transaction" as defined by R.C.
        § 1345.01 (A).

*UNFAIR, DECEPTIVE OR UNCONSCIONABLE ACTS GENERALLY*

48.     In connection with said transaction, Defendant committed unfair, deceptive and
        unconscionable acts and practices in violation of R.C. § 1345.02 and R.C. §
        1345.03.

*Said acts and practices include, but are not limited to, the following*:

49.     Defendant's representation that the vehicle contained a valid warranty, which
        would cause effective warranty repairs to be made within a reasonable time and
        within the warranty period, was untrue.

50.     Defendant's representation that the vehicle contained, as a remedy, an effective
        warranty, which would cause effective warranty repairs to be made within a
        reasonable time and within the warranty period, was false.

51.     Defendant's representation that the vehicle would have the natural benefits of
        being fit for its intended and ordinary purposes and merchantable, was untrue.

52.     Defendant's representation that the vehicle was fit for ordinary purposes, was
        untrue.

53.     Defendant's representation that the vehicle was merchantable was untrue.

54.     Defendant's violation of the Ohio Lemon Law constitutes an unfair, deceptive
        and/or unconscionable sales practice.

55.     Defendant knowingly committed all of the above referenced unfair, deceptive and
        unconscionable acts and practices.

*ACTS DECLARED UNFAIR, DECEPTIVE OR UNCONSCIONABLE*
*BY ATTORNEY GENERAL RULES*

56.     In connection with said transaction, Defendant committed acts and practices that have been declared to be unfair, deceptive or unconscionable by rules adopted pursuant to R.C. § 1345.05 (B)(2).

57.     Said acts and practices were committed after such rules were made available for public inspection pursuant to R.C. § 1345.05 (A)(3).

*Said acts and practices include, but are not limited to, the following:*

58.     Defendant never disclosed any defects in connection with the sale of the vehicle, as required by O.A.C. 109:4-3-16 (B)(14).

59.     Defendant may have violated the Motor Vehicle Repairs and Services Rule by failing to comply with all the requirements of O.A.C. § 109:4-4-05, 109:4-3-13 and R.C. 1345.74.

60.     Defendant knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

### *ACTS DECLARED UNFAIR, DECEPTIVE OR UNCONSCIONABLE BY OHIO COURTS*

61.     In connection with said transaction, Defendant committed acts and practices that have been declared violations of R.C. § 1345.02 and/or R.C. § 1345.03 by Courts of the State of Ohio.

62.     Said acts and practices were committed after such court decisions were made available for public inspection pursuant to R.C. § 1345.05 (A)(3).

*Said acts and practices include, but are not limited to, the following:*

63.     Defendant, who had a legal obligation to Plaintiff under the written warranty, breached, avoided and/or attempted to avoid its obligations to the Plaintiff, which

has been declared a violation of the CSPA in <u>Brown v. Spears</u>, No. 8897 (Muni,

Franklin 1979); <u>Brown v. Lyons</u>, 322 N.E.2d 380 (CP, Hamilton 1974) and

related cases.

64.    Defendant exhibited a pattern of inefficiency, stalling and/or incompetency with

regard to its warranty repair work, which is behavior declared a violation in

<u>Brown v. Lyons</u>, 332 N.E.2d 380 (CP Hamilton 1974); <u>Pearson v. Tom Harrigan</u>

<u>Oldsmobile-Nissan, Inc.</u>, No. 12411, 1991 WL 214228 (2d Dist. Ct. App.,

Montgomery, 1991); and <u>Brown v. Spears</u>, No. 8897 (Muni, Franklin 1979).

65.    Defendant failed to honor its implied warranty of merchantability, which was

declared a violation of the CSPA in <u>Brown v. Lyons</u>, 322 N.E.2d 380 (CP,

Hamilton 1974).

66.    Defendant refused to accept Plaintiff's revocation of acceptance of goods, which

was declared to be a violation in <u>Holsinger v. Krystal Klear Sales & Service, Inc</u>,

No. 91-CV-55 (CP, Meigs 1991) and <u>Price v. Humphries Auto City, Inc.</u>, No. 7-

89-CVE-243 (Muni, New Philadelphia 1990).

67.    Defendant knowingly committed all of the above referenced unfair, deceptive and

unconscionable acts and practices.

WHEREFORE, Plaintiff respectfully demand:

1.   Judgment against Defendant in an amount equal to three times Plaintiff's actual damages in excess of $25,000.00 and/or the statutory minimum of $200 for each additional unlawful act specified, over and above any treble damage award;

2.   Costs, including expert witness fees and reasonable attorney's fees;

3.   A declaratory judgment that Defendant's practices herein complained of are unfair, deceptive and/or unconscionable; and

4.   For such other relief as this court deems just and proper.

Respectfully submitted,

*/s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: tim@timothyabeel.com

**Counsel for Plaintiff**

## JURY TRIAL

A trial by jury in the within action is hereby demanded on all issues except the determination of reasonable attorney's fees and costs and the determination of which damages shall be trebled, which are reserved for determination by the Court in the event that Plaintiff prevails at a trial on the merits.

*/s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: tim@timothyabeel.com

**Counsel for Plaintiff**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiff's Complaint

will be served to all parties through the electronic filing system of the Clermont County Court

of Common Pleas and served upon all Defendant by the Clerk via U.S. Certified Mail.

Dated: June 8, 2022

/s/ Timothy J. Abeel, Jr.
Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: tim@timothyabeel.com

**Counsel for Plaintiff**

*Please read carefully. This mandatory agreement affects your rights to file a lawsuit.*

EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
HOLMAN AND YOU AGREE THAT CLAIMS MAY ONLY BE BROUGHT IN AN INDIVIDUAL CAPACITY AND IN THE NAME

## PURCHASE AGREEMENT AND INVOICE

DATE 06/29/2021  SALES PERSON  ROBERT ZUIDEMA  96260  INV. No. 111395

SOLD TO  CHAD A MURRAY

## HOLMAN MOTORS Inc.

ADDRESS 5169 KY HIGHWAY 1992  4387 Elick Lane & St. Rt. 32   Phone (513) 752-xxxx
BATAVIA, OHIO 45103-1599

CITY  WARSAW  COUNTY  DEAL # 85845

STATE KY  ZIP 41095  HOME PHONE (859)445-1462  (859)393-2325  STOCK # 46817

☒ NEW ☐ USED  YEAR 2021  MAKE ALPINE

☐ DEMO  COLOR  TRIM  MODEL 3858RD

SER. NO.

| | BASE PRICE |
|---|---|
| | 85145.00 |
| MULTI SEAL 2 AXLE | 600.00 |
| PAINT AND FABRIC | 1320.00 |

**DEPOSIT RECEIPT:**
Dealer hereby acknowledges receipt of the sum of $ _____ as a Deposit/Partial Payment for the vehicle described above. If this Receipt is for a Deposit Dealer will retain from _____ selling the described vehicle for _____ days. This Deposit/Partial Payment ☐ is ☐ is NOT refundable, subject to the following conditions:
N/A

**NEGATIVE EQUITY:**
I am aware the balance owed on my trade-in vehicle exceeds the trade-in allowance from Dealer and, as a result, I have requested that $ _____ of negative equity from my trade-in be included in the cash price of the vehicle.

X _____

AN ARBITRATION AGREEMENT IS INCORPORATED INTO THIS TRANSACTION

## ODOMETER MILEAGE STATEMENT
THE ODOMETER OF THE ABOVE DESCRIBED VEHICLE NOW READS _____ MILES/KILOMETERS AND IS ACCURATE UNLESS CHECKED BELOW.
☐ ODOMETER MILEAGE IS NOT ACCURATE
REFER TO THE FEDERAL MILEAGE STATEMENT FOR FULL DISCLOSURE.

## DOES YOUR TRADE VEHICLE HAVE A PREVIOUS SALVAGE OR THEFT TITLE?  YES ☐  NO ☒

SIGNATURE _____ DATE _____

**ALL TRADE-INS ARE SUBJECT TO VISUAL INSPECTION BEFORE SALE IS FINAL.**

TRADE IN: Year _____ Make _____ Model _____
I.D. No. _____ MILEAGE _____
Payoff To _____ Color _____
Good Til 06/29/2021  Per _____

| | | |
|---|---|---|
| GAP INSURANCE | | 995.00 |
| PRICE OF VEHICLE AND ACCESSORIES | | 85060.00 |
| DOC FEES | | 250.00 |
| SALES TAX | | 4020.02 |
| TITLE/FILING FEES | | 40.00 |
| EXT. SER. | | 2838.00 |
| CASH PRICE | | 75209.02 |
| TRADE-IN | N/A | |
| LESS PAYOFF | N/A | |
| NET TRADE-IN | N/A | |
| CASH RECEIVED | 6299.00 | |
| REBATES | N/A | |
| TOTAL DOWN PAYMENT | 6299.00 | 6299.00 |
| UNPAID BALANCE | | 68910.02 |
| CREDIT LIFE | | N/A |
| ACCIDENT & HEALTH | | N/A |
| AMOUNT FINANCED | | 68960.02 |

**Notice to the buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled-in copy of this agreement.

The front and back of this Order and any agreements attached hereto comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. If this agreement is for a used vehicle see contractual disclosure statement below. I hereby certify that no credit has been extended to me for the purchase of this motor vehicle except as it appears in writing on the face of this agreement. I have read the matter printed on the back hereof and agree to it as a part of this order the same as if it were printed above my signature. I certify that I am at least 18 years old, and hereby acknowledge receipt of a copy of this order.

FINANCED WITH PARK NATIONAL BANK

RECEIPT OF A FILLED-IN COPY OF THIS AGREEMENT IS HEREBY ACKNOWLEDGED BY PURCHASER.

I have read, understand and accept all provisions of the Manufacturer's Warranty Statement covering this new vehicle that I am ordering.

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALERS, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ON ALL GOODS AND SERVICES SOLD BY DEALER. IN THE EVENT THAT A SERVICE CONTRACT IS SOLD BY DEALER ON IT'S OWN BEHALF, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE IS LIMITED IN DURATION TO THE TERM OF THE SERVICE CONTRACT.

THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE

I agree to pay the difference (if any) on my payoff if it exceeds or if sales tax is incorrect for county of residence  N/A

PURCHASER _____

PURCHASER _____

ACCEPTED BY _____

The Reynolds and Reynolds Company  OK89475 Q (10/98)

CUSTOMER'S COPY

(page 1 of 4)
CF1106 (3/20)

| **Park National Bank**<br>50 North Third Street<br>Post Office Box 3500<br>Newark, Ohio 43058-3500<br><br>**LENDER'S NAME AND ADDRESS**<br>"You" means the Lender, its successors and assigns. | CHAD A MURRAY<br>5169 KY HIGHWAY 1992<br>WARSAW<br>KY 41095<br><br>**BORROWER'S NAME AND ADDRESS**<br>"I" and "me" includes each Borrower above, jointly and severally. | **Loan Number**<br>Date 06/29/2021<br>Maturity Date 07/13/2036<br>Loan Amount $ 68960.02 |
|---|---|---|

**TERMS FOLLOWING A** ☐ **APPLY ONLY IF CHECKED**

**THE TRANSACTION** - This is a loan transaction between you (the above-named Lender) and me. I agree to use the proceeds of this loan to purchase the motor vehicle, and/or any other property described below, from the Seller. HOLMAN MOTORS, INC

The Seller has assisted the Lender in completing documentation for this transaction.

**NOTE** - For value received, I promise to pay to you, or your order, at your address above, the principal sum of:

SIXTY NINE THOUSAND ONE HUNDRED AND EIGHTY FIVE AND 02/100 Dollars $ 69185.02

plus interest from 06/29/2021 at the rate of 5.69 % per year until 07/13/2036

☑ **ORIGINATION FEE** - I also agree to pay a nonrefundable origination fee of $ 225.00 , and it will be ☐ paid in cash. ☐ paid pro rata over the loan term.

☐ Withheld from the proceeds. (If this fee is withheld from the proceeds, the amount is included in the principal sum.)

☑ **DEFAULT RATE** - If any payments under this note become due and remain unpaid for a period of 30 days, then at your option, and without notice, I agree that the entire unpaid principal balance of the note shall bear interest at a rate equal to the sum of the then current interest rate payable under this note plus 4.00 % per annum from the date of default until such default is cured.

**PAYMENT** - I will pay this note as follows:

(a) ☑ This note has 180 payments. The first payment will be in the amount of $ 573.59 and will be due 08/13/2021

A payment of $ 573.59 will be due on the 13th day of each MONTH thereafter.

The final payment of the entire unpaid balance of principal and interest will be due 07/13/2036 .

**INTEREST** - Interest accrues on a 365/365 basis.

☑ **LATE CHARGE** - I agree to pay a late charge on the portion of any payment made more than 10 days after it is due equal to $30.00

☑ **RETURNED CHECK CHARGE** - I agree to pay a fee of $ 30 for each check, negotiable order of withdrawal or draft. I agree in connection with this loan that is returned because it has been dishonored.

☐ **PREPAYMENT CHARGE** - I agree to pay a prepayment penalty of $150.00 IF I PAY THE LOAN IN FULL MORE THAN 12 MONTHS BEFORE FINAL PAYMENT DATE

☑ **POST-MATURITY INTEREST** - Interest will accrue at the rate of 18.00 % per year on the balance of this note not paid at maturity, including maturity by acceleration.

**THE PURPOSE OF THIS LOAN IS** - VEHICLE PURCHASE

**SECURITY** - By entering into this transaction I acquire certain rights that may affect my property as described on page 2 of this agreement. I also give you a security interest in the motor vehicle/property described below, including all accessions, and all personal property, not otherwise installed in or affixed to the vehicle, that is obtained with the proceeds of this loan within 10 days after we enter into this transaction, and all proceeds of this property. The rights I am giving you in this Property and the obligations this agreement secures are defined on page 2.

| YEAR | MAKE | MODEL | BODY TYPE | VIN |
|---|---|---|---|---|
|  |  |  |  |  |

Other Description:

| **ANNUAL PERCENTAGE RATE**<br>The cost of my credit as a yearly rate.<br>5.74 % | **FINANCE CHARGE**<br>The dollar amount the credit will cost me.<br>$ 34286.18 | **AMOUNT FINANCED**<br>The amount of credit provided to me or on my behalf.<br>$ 68960.02 | **TOTAL OF PAYMENTS**<br>The amount I will have paid when I have made all scheduled payments.<br>$ 103246.20 | I have the right to receive at this time an itemization of the Amount Financed.<br>☐ YES - I want an itemization.<br>☑ NO - I do not want an itemization. |
|---|---|---|---|---|

**My Payment Schedule** will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 180 | $ 573.59 | MONTHLY BEGINNING 08/13/2021 |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |

"e" means an estimate.

$ __ Filing Fees

$ __ Nonfiling Insurance

**Security** - I am giving a security interest in:

☐ the goods or property being purchased.

☐ collateral securing other loans with you may also secure this loan.

☐ my deposit accounts and other rights to the payment of money from you.

☑ Late Charge - I will be charged a late charge on the portion of any payment made more than 10 days after it is due equal to $30.00

☐ (brief description of other property)

☐ **Required Deposit** - The annual percentage rate does not take into account any required deposit.

**Prepayment Penalty** - If I pay off this note early, I may have to pay a penalty.

If I pay off this note early, I will not be entitled to a refund of part of the Origination Fee.

I can see my contract documents for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE** - Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional premiums.

| Type | Premium | Term |
|---|---|---|
| Credit Life | N/A | N/A |
| Credit Disability | N/A | N/A |
| Joint Credit Life | N/A | N/A |

☐ I do ☑ do not want credit life insurance.

☐ I do ☑ do not want credit disability insurance.

☐ I do ☑ do not want joint credit life insurance.

X _____ DOB

X _____ DOB

**PROPERTY INSURANCE** - I may obtain property insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay $ N/A for N/A of coverage.

**SINGLE INTEREST INSURANCE** - I may obtain single interest insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay $ 50.00 for 180 MOS of coverage.

(Dealer Signature - Optional)

Signed _____

**ITEMIZATION OF AMOUNT FINANCED**

| | |
|---|---|
| AMOUNT GIVEN TO ME DIRECTLY | $ N/A |
| HOLMAN MOTORS, INC | $ 60760.00 |
| AMOUNTS PAID TO OTHERS ON MY BEHALF: | $ N/A |
| Credit Life/Disability Insurance Premium | $ N/A |
| Public Officials | $ 4064.02 |
| Service Contract | $ 3833.00 |
| GAP Protection | $ 995.00 |
| Single Interest Insurance | $ 50.00 |
| ☐ DOCUMENTARY FEE | $ 250.00 |
| N/A | $ N/A |
| Origination Fee | $ N/A |
| (non) Origination Fee | $ 225.00 |
| **Amount Financed** | $ 68960.02 |

(You are retaining a portion of the items marked above with an asterisk)

**SIGNATURES** - I AGREE TO THE TERMS SET OUT ON PAGE 1 AND PAGE 2 OF THIS AGREEMENT AND THE ATTACHED PRIVACY NOTICE. I HAVE RECEIVED A COPY OF THIS AGREEMENT AND THE ATTACHED PRIVACY NOTICE ON TODAY'S DATE.

**COSIGNERS - SEE NOTICE ON PAGE 2 BEFORE SIGNING.**

Signature _____

Signature _____

Signature _____

## Holman Motors, Inc., Arbitration Agreement

*Please read carefully. This mandatory agreement affects your rights to file a lawsuit.*

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. HOLMAN AND YOU AGREE THAT CLAIMS MAY ONLY BE BROUGHT IN AN INDIVIDUAL CAPACITY AND IN THE NAME OF AN INDIVIDUAL PERSON OR ENTITY; CLAIMS MUST PROCEED ON AN INDIVIDUAL AND NON-CLASS AND NON-REPRESENTATIVE BASIS; AND CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS ARISING FROM THE SAME TRANSACTION. NEITHER YOU NOR HOLMAN MAY PURSUE CLAIMS IN ARBITRATION AS A CLASS ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION NOR MAY ANY SUCH CLAIMS BE PURSUED ON EITHER OF OUR BEHALF IN ANY COURT, INCLUDING ASSIGNED CLAIMS. THE ARBITRATOR SHALL BE AUTHORIZED TO AWARD RELIEF ONLY ON AN INDIVIDUAL AND NON-CLASS AND NON-REPRESENTATIVE BASIS.
3. YOU ACKNOWLEDGE AND AGREE THAT YOU VOLUNTARILY AND KNOWINGLY ENTERED INTO THIS AGREEMENT, which WAIVES YOUR RIGHT TO FILE A LAWSUIT IN COURT (EXCEPT FOR SMALL CLAIMS), AND CHOSE TO PURCHASE FROM HOLMAN RATHER THAN ONE OF ITS COMPETITORS WHO MAY NOT HAVE AN ARBITRATION AGREEMENT.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Agreement, and the arbitrability of the claim or dispute), between You ("You") that shall be defined as the Buyers as set forth in the signature block below) and Holman Motors, Inc., or our employees, agents, successors or assigns (collectively "Holman"), which arises out of or relates to your credit application, purchase, lease, or condition of the vehicle or trailer, any retail installment sale contract or lease agreement or any resulting transaction or relationship (including any such relationship with third parties who do not sign your purchase, lease agreement, or financing contract) shall, be submitted to binding arbitration before the American Arbitration Association ("AAA") in accordance with AAA Consumer Arbitration Rules (www.adr.org/consumer), except that in any matter where Claims seek $500,000 or more, the AAA Commercial Arbitration Rules for Large, Complex Matters (www.adr.org/commercial) will apply. Judgment may be entered on the arbitration award by a Court of competent jurisdiction. Holman and You agree that Claims submitted to arbitration shall be decided in a single arbitration before a single Arbitrator who must be on the AAA National Roster of Commercial Arbitrators and selected in accordance with the AAA Rules. Arbitration is less formal than a lawsuit in court; uses a neutral arbitrator instead of a judge or jury; allows for more limited discovery than in court; and is subject to very limited court review. Arbitrators have authority to award the same damages and relief that a court can award. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Agreement shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district where this transaction was originated. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $1,500, unless the law or the rules of the chosen arbitration organization requires us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator rules in our favor. Except as set forth above, each party shall be responsible for its own costs, including attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Agreement, then the provisions of this Arbitration Agreement shall control. Any arbitration under this Arbitration Agreement shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and Holman retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor Holman waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Agreement shall survive the cancellation, termination, payoff or transfer of any retail installment sale contract or lease agreement, and any related credit, vehicle sale, or lease documents. If any part of this Arbitration Agreement, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Agreement shall be unenforceable. This Arbitration Agreement is part of any retail installment sale contract or lease agreement you sign and any related credit, vehicle sale, or lease documents.

Buyer _____

Buyer _____

Holman Motors, Inc.

By: _____

X _____ DOB _____

PROPERTY INSURANCE - I may obtain property insurance from anyone I want that is

| | |
|---|---|
| Origination Fee | $ |
| (less) Origination Fee | $ |
| Amount Financed | $ |



# HOLMAN MOTORS, INC.
### · SINCE 1948 ·

## HOLMAN MOTORS, INC.

| Service Hours | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY 1109 | TAG NO. 1013 | INVOICE DATE 02/21/22 | INVOICE NO. RVCS445241 |
|---|---|---|---|---|

CHAD A MURRAY
5169 KY HIGHWAY 1992
WARSAW, KY 41095

CMKBMURRAY@MSN.COM

| LABOR RATE | LICENSE NO. | MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
| YEAR/MAKE/MODEL 21/KEYSTONE/TT/ALPINE 3850RD | | | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| VEHICLE I.D. 4YDF3852XME781013 | | | SELLER DEALER NO. | PRODUCTION DATE |
| F.Y.E. NO. | P.O. NO. | | R.O. DATE 11/15/21 | |

| RESIDENCE PHONE 859-445-1462 | BUSINESS PHONE 859-393-2325 | COMMENTS | MO: 1 |
|---|---|---|---|

JOB# 1 CHARGES

LABOR
JN 1 01RVZNTZ1    WINTERIZE                    TECH(S):1211              161.03
WINTERIZE WATER SYSTEM USING RV ANTI-FREEZE.
UNITS WITH WASHER/DRYER HOOKUP AND/OR ICE MAKERS
ARE SLIGHTLY HIGHER.
WINTERIZED UNIT:

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE-UNIT PRICE | |
|---|---|---|---|---|---|
| | 3 | 13-1640 | ANTIFREEZE | 5.99 | 5.99 | 17.97 |
| | 6 | LPB | PROPANE | | INTERNAL |
| | | | | TOTAL - PARTS | 17.97 |

MISC    CODE    DESCRIPTION                        CONTROL NO.
        SSRV    SHOP SUPPLIES RV                                        5.00
                                            TOTAL - MISC                5.00

JOB# 1 TOTALS
                                            LABOR       161.03
                                            PARTS        17.97
                                            MISC          5.00

        JOB# 1 JOURNAL PREFIX RVCS  JOB# 1 TOTAL       184.00

JOB# 2 CHARGES

LABOR
JN 2 40RVZ    EXTERIOR                TECH(S):111 852              WARRANTY
CUSTOMER STATES: ROAD SIDE FRONT SIDE WALL IS BEGINNING TO
CRACK AT THE BOTTOM LEFT OF THE SLIDE OUT.
VERIFIED.1/25/2022 Dave from keystone called and stated they
will approve this job as a one time goodwill for 25.00hrs.
REPAIRED SIDEWALL PER ESTIMATE

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE-UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | MPS430 | GLUE 400MIL | | WARRANTY |
| | 5 | | BILL MIXER 06-24T | | |
| | 1 | DG8948 | MAST WELD 948 | | WARRANTY |
| | 1 | 06-24T | STATIC MIXER | | WARRANTY |
| | 1 | MPS430 | GLUE 400MIL | | WARRANTY |
| | | | BILL MIXER 06-24T | | |
| | 2 | 06-24T | STATIC MIXER | | WARRANTY |
| | 85 | 0229763 | WALL SKIN | | WARRANTY |
| | 10 | BPW-14X4 | 4-WAY WIRE | | WARRANTY |
| | 25 | 337226 | TRIM BLK FT | | WARRANTY |
| | 2 | HV350 | ADHESIVE/SEALAN | | WARRANTY |
| | 3 | 13-0902 | 1IN PUTTY TAPE | | WARRANTY |
| | 1 | 14-2443 | CLEAR SILICONE | | WARRANTY |
| | 4 | 49329 | DICOR WHT SELF | | WARRANTY |
| | 2 | 20-6945 | BLK 16FT FLAT W/INS | | WARRANTY |
| | 15 | 6B-BC | 14-16 BLUE BUTT | | WARRANTY |
| | 1 | 08609 | WINDO WELD | | WARRANTY |
| | 1 | 08609 | WINDO WELD | | WARRANTY |
| | | | | TOTAL - PARTS | 0.00 |

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE,
WHICHEVER OCCURS FIRST, ON ALL
PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE
TOTAL CHARGES UP TO A MAXIMUM OF
$22.00 FOR SHOP MATERIALS.

### NOTICE
- YOU MAY RECEIVE A SERVICE
  QUESTIONNAIRE/FOLLOW UP
  REGARDING THIS SERVICE VISIT.
- OUR GOAL IS FOR YOU TO BE
  COMPLETELY SATISFIED.

### NOTICE
THIS FACILITY CHARGES $5.00 A
DAY FOR STORAGE FEES ON UNITS
LEFT 14 DAYS AFTER INVOICE
DATE.

PAGE 1 OF 11        CUSTOMER COPY        [CONTINUED ON NEXT PAGE]    03:34pm



# HOLMAN MOTORS, INC.

MOTORS, INC. • SINCE 1945 •

**Service Hours**

| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY 1109 | TAG NO 1013 | INVOICE DATE 02/21/22 | INVOICE NO RVCS445241 |
|---|---|---|---|---|

CHAD A MURRAY
5169 KY HIGHWAY 1992
WARSAW, KY 41095

CMKBMURRAY@MSN.COM

| LABOR RATE | LICENSE NO. | MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
| YEAR / MAKE / MODEL 21/KEYSTONE/TT/ALPINE 3850RD | | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| VEHICLE I.D. NO. 4YDF3852XME781013 | | SELLER DEALER NO. | PRODUCTION DATE |

RESIDENCE PHONE 859-445-1462  BUSINESS PHONE 859-393-2325

| P.O. NO. | R.O. DATE 11/15/21 | MO: 1 |

COMMENTS

G.O.G. & SUPPLIES
FREIGHT AND CRATE                     WARRANTY
                          TOTAL - GOG    0.00

MISC------CODE------DESCRIPTION------------CONTROL NO.-------
   RVPAINT  PAINT AND MAT'L                 WARRANTY
   SSRV     SHOP SUPPLIES RV                WARRANTY
                          TOTAL - MISC   0.00

JOB# 2 TOTALS
          JOB# 2 JOURNAL PREFIX RVCS  JOB# 2 TOTAL    0.00

JOB# 3 CHARGES

LABOR
# 3 42RVZSINK    SINK         TECH(S):1034       0.00
   CUSTOMER STATES: KITCHEN SINK DRAIN PLUG WILL NOT HOLD ANY
   WATER IN THE SINK.
   FOUND STRAINER BROKEN ONLY HAVE TWO PIECES.
   INSTALLED REPLACEMENT STRAINER. TESTED OPERATION.

PARTS------QTY--FP-NUMBER--------DESCRIPTION------LIST PRICE-UNIT PRICE-
     1    10-0573       STRAINER CHROME              INTERNAL
                          TOTAL - PARTS   0.00

JOB# 3 TOTALS
          JOB# 3 JOURNAL PREFIX RVCS  JOB# 3 TOTAL    0.00

JOB# 4 CHARGES

LABOR
# 4 42RV2SHOWER   SHOWER        TECH(S):1034       WARRANTY
   CUSTOMER STATES: SHOWER DOOR LATCH WILL NOT KEEP THE DOORS
   LATCHED WHEN TRAVELING.
   VERIFIED.
   INSTALLED REPLACEMENT TRAVEL LATCH.

PARTS------QTY--FP-NUMBER--------DESCRIPTION------LIST PRICE-UNIT PRICE-
     1    372950        SH DR LATCH                 WARRANTY
     1    371962        LATCH,DOOR                  WARRANTY
                          TOTAL - PARTS   0.00

G.O.G. & SUPPLIES------------------------------------
          UPS                                       WARRANTY
          UPS                                       WARRANTY
                          TOTAL - GOG   0.00

JOB# 4 TOTALS
          JOB# 4 JOURNAL PREFIX RVCS  JOB# 4 TOTAL    0.00

JOB# 5 CHARGES

LABOR
# 5 41RVZ       INTERIOR        TECH(S):1034       WARRANTY
   CUSTOMER STATES: CEILING FAN DOES NOT WORK AT ALL.

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

**NOTICE**
• YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.
• OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

**NOTICE**

THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.

PAGE 2 OF 11        CUSTOMER COPY        [CONTINUED ON NEXT PAGE]    03:34pm



**HOLMAN MOTORS, INC.**

Service Hours

| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY | 1109 | TAG NO. 1013 | INVOICE DATE 02/21/22 | INVOICE NO. RVCS445241 |
|---|---|---|---|---|---|

CHAD A MURRAY
5169 KY HIGHWAY 1992
WARSAW, KY 41095

CMKBMURRAY@MSN.COM

| | LABOR RATE | LICENSE NO. | MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
|---|---|---|---|---|---|
| | YEAR / MAKE / MODEL 21/KEYSTONE/TT/ALPINE 3850RD | | | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| | VEHICLE I.D NO. 4YDF3852XME781013 | | | SELLER DEALER NO. | PRODUCTION DATE |
| | T.E. NO. | | P.O. NO. | R.O. DATE 11/15/21 | |

| RESIDENCE PHONE 859-445-1462 | BUSINESS PHONE 859-393-2325 | COMMENTS | | MO: 1 |
|---|---|---|---|---|

VERIFIED. DISASSEMBLED AND REASSEMBLED SWITCH AND FAN.
TESTED OPERATION. FAN IS DEFECTIVE.
INSTALLED REPLACEMENT CEILING FAN. TESTED OPERATION.

PARTS------QTY----FP-NUMBER------------DESCRIPTION------LIST PRICE-UNIT PRICE-
1    453875              FAN CEILING 42IN                          WARRANTY
                                                    TOTAL - PARTS         0.00

G.O.G. & SUPPLIES-------------------------------------------------------
     UPS                                                           WARRANTY
                                                    TOTAL - GOG          0.00

JOB# 5 TOTALS-----------------------------------------------------------
                         JOB# 5 JOURNAL PREFIX RVCS JOB# 5 TOTAL       0.00
JOB# 6 CHARGES---------------------------------------------------------

LABOR---------------------------------------------------------------------
J# 6 41RVZ1        INTERIOR              TECH(S) 1034              0.00
     CUSTOMER STATES: CEILING FAN HAS A SCREW MISSING AND ONE
     SCREW DOES NOT EVEN MATCH.
     VERIFIED.
     CONFIRMED REMEDIED WITH JOB 5 REPAIR.

JOB# 6 TOTALS-----------------------------------------------------------
                         JOB# 6 JOURNAL PREFIX RVCS JOB# 6 TOTAL       0.00
JOB# 7 CHARGES---------------------------------------------------------

LABOR---------------------------------------------------------------------
J# 7 05RVZ         ELECTRICAL            TECH(S) 1034              0.00
     CUSTOMER STATES: BREAKER LABELED 'VAC' DOES NOT RUN THE VAC.
     'DRYER' BREAKER RUNS THE VAC.
     CHECKED AND FOUND CUSTOMER DID NOT COUNT OVER TO MATCH
     BREAKER WITH LABEL.
     LABELS NOT PERFECTLY CENTERED UNDER THE BREAKER.
     CREATED TWO LABELS AND INSTALLED UNDER BREAKER.
     TESTED OPERATION.

JOB# 7 TOTALS-----------------------------------------------------------
                         JOB# 7 JOURNAL PREFIX RVCS JOB# 7 TOTAL       0.00
JOB# 8 CHARGES---------------------------------------------------------

LABOR---------------------------------------------------------------------
J# 8 05RVZ1        ELECTRICAL            TECH(S) 1034              0.00
     CUSTOMER STATES: WHEN VAC IS RUNNING AND 'VAC' BREAKER IS
     TURNED ON, VAC LOSES SOME POWER.
     VERIFIED. FOUND FILTER DIRTY.
     CLEANED FILTER. TESTED OPERATION.
     MAINTENANCE, NOT A MANUFACTURE DEFECT.

JOB# 8 TOTALS-----------------------------------------------------------
                         JOB# 8 JOURNAL PREFIX RVCS JOB# 8 TOTAL       0.00

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE, WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

NOTICE
• YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.
• OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

NOTICE
THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.



# HOLMAN MOTORS, INC.

**MOTORS, INC.** • SINCE 1945 •

| Service Hours | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY 1109 TAG NO. 1013 | INVOICE DATE 02/21/22 | INVOICE NO. RVCS445241 |
|---|---|---|---|
| CHAD A MURRAY 5169 KY HIGHWAY 1992 WARSAW, KY 41095 | LABOR RATE / LICENSE NO. / MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
| | YEAR/MAKE/MODEL 21/KEYSTONE/TT/ALPINE 3850RD | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| CMKBMURRAY@MSN.COM | VEHICLE I.D. NO. 4YDF3852XME781013 | SELLER DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. / P.O. NO. | R.O. DATE 11/15/21 | |
| RESIDENCE PHONE 859-445-1462 BUSINESS PHONE 859-393-2325 | COMMENTS | | MO: 1 |

JOB# 9 CHARGES------------------------------------------

LABOR------------------------------------------
J# 9 41RVZFURN      FURNITURE              TECH(S):1034                    0.00
    CUSTOMER STATES: MASSAGE AND HEAT OPTION ON CHAIR CLOSEST TO
    THE STEPS DOES NOT WORK.
    VERIFIED FOUND HEAT AND MASSAGE NOT CONNECTED TO CONTROLLER.
    CONNECTED. TESTED OPERATION.
JOB# 9 TOTALS------------------------------------------
                        JOB# 9 JOURNAL PREFIX RVCS  JOB# 9 TOTAL       0.00
JOB# 10 CHARGES------------------------------------------

LABOR------------------------------------------
J#10 46RVZS      STOVE              TECH(S):1034                    INTERNAL
    CUSTOMER STATES: IGNITER IS STUCK ON STOVE.
    VERIFIED INOP. FOUND BATTERY DEAD IN IGNITER.
    INSTALLED REPLACEMENT BATTERY TESTED OPERATION.
    NOT A MANUFACTURE DEFECT.
PARTS------QTY--FP-NUMBER------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
           1    69-5093            AA BATTERIES                    INTERNAL
                                              TOTAL - PARTS         0.00
JOB# 10 TOTALS------------------------------------------
                        JOB# 10 JOURNAL PREFIX RVCS  JOB# 10 TOTAL      0.00
JOB# 11 CHARGES------------------------------------------

LABOR------------------------------------------
J#11 40RVZ1      EXTERIOR              TECH(S):1034                    WARRANTY
    CUSTOMER STATES: WATER LINES ARE SHOWING ON OUTSIDE OF
    KITCHEN SLIDE OUT. IS THIS NORMAL?
    CONFIRMED WATER LINES SHOWING IS NORMAL.
    NO PROBLEMS FOUND AT THIS TIME.

JOB# 11 TOTALS------------------------------------------
                        JOB# 11 JOURNAL PREFIX RVCS  JOB# 11 TOTAL      0.00
JOB# 12 CHARGES------------------------------------------

LABOR------------------------------------------
J#12 80RVZ3      EMBLEMS              TECH(S):1034                    WARRANTY
    CUSTOMER STATES: 'ALPINE' DECAL ON FRONT CAP HAS LETTERS
    STARTING PEEL.
    VERIFIED. 2 LETTERS ARE COMING LOOSE.
    PREPPED AND CLEANED AREAS OF CONCERN RE-SECURED LOOSE
    LETTERS.
PARTS------QTY--FP-NUMBER------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
           1    PK-5125333          DECAL KIT                       WARRANTY
                                              TOTAL - PARTS         0.00

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE, WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

**NOTICE**

• YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.
• OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

**NOTICE**

THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.

PAGE 4 OF 11          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   03:34pm



# HOLMAN
# MOTORS, INC.
**· SINCE 1945 ·**

**Service Hours**

| | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
**CELL: 859-393-2325**

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY 1109 | TAG NO. 1013 | INVOICE DATE 02/21/22 | INVOICE NO. RVCS445241 |
|---|---|---|---|---|
| CHAD A MURRAY | LABOR RATE | LICENSE NO. | MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
| 5169 KY HIGHWAY 1992 | YEAR/MAKE/MODEL 21/KEYSTONE/TT/ALPINE 3850RD | | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| WARSAW, KY 41095 | VEHICLE I.D. NO. 4 Y D F 3 8 5 2 X M E 7 8 1 0 1 3 | | SELLER DEALER NO. | PRODUCTION DATE |
| CMKBMURRAY@MSN.COM | F.T.E. NO. | R.O. NO. | R.O. DATE 11/15/21 | |
| RESIDENCE PHONE 859-445-1462 | BUSINESS PHONE 859-393-2325 | COMMENTS | | MO: 1 |

```
G.O.G. & SUPPLIES---------------------------------------------------
          FREIGHT AND CRATE                                 WARRANTY
                                          TOTAL - GOG           0.00
JOB# 12 TOTALS------------------------------------------------------
                        JOB# 12 JOURNAL PREFIX RVCS JOB# 12 TOTAL  0.00
JOB# 13 CHARGES----------------------------------------------------
LABOR--------------------------------------------------------------
J#13 46RVZE        REFRIGERATOR          TECH(S):1034          0.00
        CUSTOMER STATES: ICE MAKER DOES NOT WORK AT ALL.
        TESTED. FOUND ICE MAKER OPERATIONAL.
        NO PROBLEMS FOUND AT THIS TIME.

JOB# 13 TOTALS------------------------------------------------------
                        JOB# 13 JOURNAL PREFIX RVCS JOB# 13 TOTAL  0.00
JOB# 14 CHARGES----------------------------------------------------
LABOR--------------------------------------------------------------
J#14 41RVZZ        INTERIOR             TECH(S):1034      WARRANTY
        CUSTOMER STATES: BACKSPLASH IS MELTED BEHIND THE STOVE.
        VERIFIED.###11/19/2021 KEYSTONE IS REQUESTING MORE PICS OF
        THE CAUSE OF DEFECT.###
        REMOVED/REINSTALL MICROWAVE, 120 VOLT OUTLET, AND
        TRIM. INSTALLED REPLACEMENT BACKSPLASH.
PARTS-----QTY---FP-NUMBER-----------DESCRIPTION--------LIST PRICE-UNIT PRICE-
          1   674323           BACKSPLASH                   WARRANTY
          1   14-2443          CLEAR SILICONE               WARRANTY
          1   13-9307          STAPUT SPM SPR               WARRANTY
          1   A9246            CLAMP 9246                   WARRANTY
                                          TOTAL - PARTS        0.00
JOB# 14 TOTALS------------------------------------------------------
                        JOB# 14 JOURNAL PREFIX RVCS JOB# 14 TOTAL  0.00
JOB# 15 CHARGES----------------------------------------------------
LABOR--------------------------------------------------------------
J#15 41RVZ0        INTERIOR TRIM         TECH(S):1034     WARRANTY
        CUSTOMER STATES: BACKSPLASH IS BUCKLED AT MAIN COUNTER AREA.
        VERIFIED.
        REMOVED/REINSTALLED BACKSPLASH, OUTLET, AND I.S CORNER TRIM.
        ATTACHED WITH ADHESIVE.
JOB# 15 TOTALS------------------------------------------------------
                        JOB# 15 JOURNAL PREFIX RVCS JOB# 15 TOTAL  0.00
JOB# 16 CHARGES----------------------------------------------------
LABOR--------------------------------------------------------------
J#16 81RVZ         INTERIOR TRIM         TECH(S):1034          0.00
```

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

**90 DAYS OR 4,000 MILES GUARANTEE, WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.**

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

### NOTICE

- YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.
- OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

### NOTICE

THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.

PAGE 5 OF 11     CUSTOMER COPY     [CONTINUED ON NEXT PAGE]     03:34pm



# HOLMAN
# MOTORS, INC.
**· SINCE 1945 ·**

| Service Hours | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY 1109 | TAG NO. 1013 | INVOICE DATE 02/21/22 | INVOICE NO. RVCS445241 |
|---|---|---|---|---|
| CHAD A MURRAY | LABOR RATE | LICENSE NO. | MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
| 5169 KY HIGHWAY 1992 | YEAR/MAKE/MODEL 21/KEYSTONE/TT/ALPINE 3850RD | | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| WARSAW, KY 41095 | VEHICLE I.D. NO. 4 Y D F 3 8 5 2 X M E 7 8 1 0 1 3 | | SELLER DEALER NO. | PRODUCTION DATE |
| CMKBMURRAY@MSN.COM | F.T.E. NO. | P.O. NO. | R.O. DATE 11/15/21 | |
| RESIDENCE PHONE 859-445-1462 | BUSINESS PHONE 859-393-2325 | COMMENTS | | MO: 1 |

```
          CUSTOMER STATES: CEILING IS CRACKED IN THE LIVING ROOM AREA.
          CHECK CEILING FOR MORE CRACKS.
          VERIFIED. FOUND CEILING DECOR PAPER CRACKED APART.
          TOUCHED UP AND FILLED WITH COLOR PUTTY.

JOB# 16 TOTALS-----------------------------------------------

                      JOB# 16 JOURNAL PREFIX RVCS  JOB# 16 TOTAL        0.00

JOB# 17 CHARGES--------------------------------------------------

LABOR-----------------------------------------------------------
J#17 44RVZLITE     EXTERIOR LIGHTS          TECH(S):1034       WARRANTY
          CUSTOMER STATES: NOT ALL LED LIGHT FOR AWNING ARE WORKING.
          VERIFIED.
          INSTALLED REPLACEMENT LED LIGHTS. TESTED OPERATION.

PARTS-----QTY--FP-NUMBER----------DESCRIPTION----LIST PRICE-UNIT PRICE-
          1    56-1026          AWN LIGHT STRIP                  WARRANTY
                                              TOTAL - PARTS        0.00

JOB# 17 TOTALS-----------------------------------------------

                      JOB# 17 JOURNAL PREFIX RVCS  JOB# 17 TOTAL        0.00

JOB# 18 CHARGES--------------------------------------------------

LABOR-----------------------------------------------------------
J#18 44RVZ1        ELECTRICAL               TECH(S):1034       WARRANTY
          CUSTOMER STATES: NOT ALL LED LIGHT ON FRONT CAP ARE WORKING.
          CHECKED ALL OPERATIONAL.
          NO PROBLEMS FOUND AT THIS TIME.

JOB# 18 TOTALS-----------------------------------------------

                      JOB# 18 JOURNAL PREFIX RVCS  JOB# 18 TOTAL        0.00

JOB# 19 CHARGES--------------------------------------------------

LABOR-----------------------------------------------------------
J#19 42RVZ         PLUMBING                 TECH(S):1034            0.00
          CUSTOMER STATES: SHOWER HEAD HOLDER IS STRIPPED. WILL NOT
          TIGHTEN.
          VERIFIED.
          ADJUSTED HANGER AND ATTACHED WITH BLACK BUTYL TAPE AND
          SCREWS.

JOB# 19 TOTALS-----------------------------------------------

                      JOB# 19 JOURNAL PREFIX RVCS  JOB# 19 TOTAL        0.00

JOB# 20 CHARGES--------------------------------------------------

LABOR-----------------------------------------------------------
J#20 41RVSZINTDOOR  INTERIOR DOOR           TECH(S):1034       INTERNAL
          CUSTOMER STATES: PANTRY DOOR HAS A NICK IN IT.
          VERIFIED.###1/19/2022 DAMAGE NOT COVERED ###
          INSTALLED REPLACEMENT PANTRY DOOR.
          TRANSFERRED KNOB, AND LATCH ASSEMBLY. TESTED OPERATION.
```

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE, WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

**NOTICE**

• YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.

• OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

**NOTICE**

THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.



# HOLMAN MOTORS, INC.

MOTORS, INC.
· SINCE 1948 ·

| Service Hours | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | ADVISOR HAYDEN BAILEY 1109 | TAG NO. 1013 | INVOICE DATE 02/21/22 | INVOICE NO. RVCS445241 |
|---|---|---|---|---|

CHAD A MURRAY
5169 KY HIGHWAY 1992
WARSAW, KY 41095

CMKBMURRAY@MSN.COM

| | LABOR RATE | LICENSE NO. | MILEAGE 1 | COLOR STANTON/ | STOCK NO. 46817 |
|---|---|---|---|---|---|
| | YEAR/MAKE/MODEL 21/KEYSTONE/TT/ALPINE 3850RD | | | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
| | VEHICLE I.D. NO. 4YDF3852XME781013 | | | SELLER DEALER NO. | PRODUCTION DATE |
| | F.T.E NO. | | P.O. NO. | R.O. DATE 11/15/21 | |

| RESIDENCE PHONE 859-445-1462 | BUSINESS PHONE 859-393-2325 | COMMENTS | | MO: 1 |
|---|---|---|---|---|

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE-UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | 662849 | door,pass 23x72 | | INTERNAL |
| | | | | TOTAL - PARTS | 0.00 |

G.O.G. & SUPPLIES
UPS                                                      INTERNAL
CRATE                                                    INTERNAL
                                            TOTAL - GOG     0.00

JOB# 20 TOTALS

                    JOB# 20 JOURNAL PREFIX RVCS  JOB# 20 TOTAL     0.00

JOB# 21 CHARGES

LABOR
J#21 41RVZ17      INTERIOR DOOR          TECH(S):1034           0.00
CUSTOMER STATES: WHEN UNIT IS COMPLETELY LEVEL WILL NOT
CLOSE PROPERLY.
VERIFIED. DOOR HINGE SCREWS LOOSE AND PARTIALLY STRIPPED.
INSTALLED FOUR REPLACEMENT LONGER HINGE SCREWS.

JOB# 21 TOTALS

                    JOB# 21 JOURNAL PREFIX RVCS  JOB# 21 TOTAL     0.00

JOB# 22 CHARGES

LABOR
J#22 81RVZ2       INTERIOR TRIM          TECH(S):1034        WARRANTY
CUSTOMER STATES: STAPLES AND NAILS ARE POPPING OUT
THROUGHOUT THE UNIT.
ONLY AREA FOUND WAS BY STEPS GOING UP TO LIVING AREA.
REMOVED LOOSE STAPLES AND FILLED HOLES WITH COLOR PUTTY.

JOB# 22 TOTALS

                    JOB# 22 JOURNAL PREFIX RVCS  JOB# 22 TOTAL     0.00

JOB# 23 CHARGES

LABOR
J#23 41RVZASSIST   CABINET               TECH(S):1034           0.00
CUSTOMER STATES: CABINETS RIGHT BEFORE YOU GO UP THE STEPS
ON THE RIGHT HAVE TO BE CLOSED AT THE SAME TIME FOR THEM TO
CLOSE PROPERLY.
VERIFIED.
ADJUSTED ALL FOUR LOWER CABINET DOOR. TESTED OPERATION.

JOB# 23 TOTALS

                    JOB# 23 JOURNAL PREFIX RVCS  JOB# 23 TOTAL     0.00

JOB# 24 CHARGES

LABOR
J#24 41RVZCABINTRY2  CABINET             TECH(S):1034           0.00
CUSTOMER STATES: CABINET LEFT OF TV DOES NOT CLOSE PROPERLY.
VERIFIED.

90 DAYS OR 4,000 MILES GUARANTEE, WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

**NOTICE**

• YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.

• OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

**NOTICE**

THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.



# HOLMAN MOTORS, INC.

| Service Hours | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

| CUSTOMER NO. 96260 | | JOB NO. HAYDEN BAILEY 1109 | TAG NO. 1013 | INVOICE DATE 02/21/22 | STOCK NO. RVCS445241 |
|---|---|---|---|---|---|

CHAD A MURRAY
5169 KY HIGHWAY 1992
WARSAW, KY 41095

CMKBMURRAY@MSN.COM

| LABOR RATE | LICENSE NO. | MILEAGE 1 | CAMPER STANTON/ | STOCK NO. 46817 |
|---|---|---|---|---|

| YEAR / MAKE / MODEL 21/KEYSTONE/TT/ALPINE 3850RD | DELIVERY DATE 06/29/21 | DELIVERY MILES 0 |
|---|---|---|

| VEHICLE I.D. NO. 4 0 0 F 3 8 5 2 X M E 7 8 1 0 1 3 | SELLER DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.E.T. NO. | P.O. NO. | P.O. DATE 11/15/21 | |
|---|---|---|---|

RESIDENCE PHONE 859-445-1462   BUSINESS PHONE 859-393-2325

| COMMENTS | MO: 1 |
|---|---|

INTAKE 65°F EXHAUST 50°F.
REMOVED/REINSTALLED A/C COVER AND SHROUD.
FOUND FREEZE SENSOR NOT IN COIL.
CONNECTED FREEZE SENSOR. COIL FROZE UP.
REMOVED/REINSTALLED IN TAKE IN BEDROOM FOUND DUCT COLLAPSED
CAUSING RESTRICTED AIR FLOW.
RETEST AFTER DEFROSTING A/C. A/C OPERATIONAL.
INTAKE 66°F EXHAUST 46°F. VOLTAGE 119 AMP 10.
UNTIL COIL FROZE UP A SECOND TIME.
REMOVED/REINSTALLED A/C SHROUD. MARKED CENTER OF VENT HOLE.
CUT OUT HOLES AND INSTALLED RETURN AIR GRILL WITH FILTER.
TESTED A/C OPERATION. VERIFIED GOOD AIR FLOW.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE-UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | 489915 | RETURN AIR GRILL | | WARRANTY |
| | 1 | 69-1242 | A/C FILTER16X16 | | WARRANTY |
| | 1 | 13-1102 | FOIL TAPE 2IN | | WARRANTY |
| | | | | TOTAL - PARTS | 0.00 |

JOB# 28 TOTALS

JOB# 28 JOURNAL PREFIX RVCS  JOB# 28 TOTAL        0.00

JOB# 29 CHARGES

LABOR
J#29 09RVZ10        AIR CONDITIONING        TECH(S):1034        WARRANTY
CUSTOMER STATES: REAR A/C UNIT IS BLOWING DEBRIS INSIDE THE
CAMPER. A/C DOES NOT WORK PROPERLY.
INTAKE 65°F EXHAUST 38°F. VOLT 119 AMP 11.
UNIT STARTING TO FREEZE UP.
CAUSED BY AIR FLOW RESTRICTION DUE TO DUCT WORK COLLAPSING.
REMOVED/REINSTALLED A/C SHROUD. MARKED CENTER OF VENT HOLE.
CUT OUT HOLES AND INSTALLED RETURN AIR GRILL WITH FILTER.
TESTED A/C OPERATION.
VERIFIED GOOD AIR FLOW AND A/C DID NOT FREEZE UP.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE-UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | 489915 | RETURN AIR GRILL | | WARRANTY |
| | 1 | 69-1242 | A/C FILTER16X16 | | WARRANTY |
| | | | | TOTAL - PARTS | 0.00 |

JOB# 29 TOTALS

JOB# 29 JOURNAL PREFIX RVCS  JOB# 29 TOTAL        0.00

JOB# 30 CHARGES

LABOR
J#30 0SRVZ2        ELECTRICAL        TECH(S):1034        0.00
CUSTOMER STATES: WHEN UNHOOKING UNIT FROM SHORE POWER AND
TOWING IT TO A NEW DESTINATION IT SEEMS THE BATTERY IS NOT
CHARGING AND WILL NOT ALLOW THE JACKS OR THE SLIDES.
TEST CHARGING SYSTEM IN UNIT. TESTED BATTERY.
ALL OPERATIONAL.
SUGGEST CHECKING TOW VEHICLE TO MAKE SURE THE CHARGE LINE IS
WORKING. FUSE MAY NOT BE INSTALLED OR BLOWN.

LIMITED WARRANTY: The only warranties applying to this part(s)
are those which may be offered by the manufacturer. The selling
dealer hereby expressly disclaims all warranties, either express
or implied, including any implied warranties of merchantability
or fitness for a particular purpose, and neither assumes nor
authorizes any other person to assume for it any liability in
connection with the sale of this part(s) and/or service. Buyer shall
not be entitled to recover from the selling dealer any consequential
damages, damages to property, damages for loss of use, loss of
time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE,
WHICHEVER OCCURS FIRST, ON ALL
PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE
TOTAL CHARGES UP TO A MAXIMUM OF
$22.00 FOR SHOP MATERIALS.

## NOTICE

• YOU MAY RECEIVE A SERVICE
QUESTIONNAIRE/FOLLOW UP
REGARDING THIS SERVICE VISIT.

• OUR GOAL IS FOR YOU TO BE
COMPLETELY SATISFIED.

## NOTICE

THIS FACILITY CHARGES $5.00 A
DAY FOR STORAGE FEES ON UNITS
LEFT 14 DAYS AFTER INVOICE
DATE.

PAGE 9 OF 11        CUSTOMER COPY        [CONTINUED ON NEXT PAGE]        03:34pm



# HOLMAN
# MOTORS, INC.
**MOTORS, INC.**
· SINCE 1945 ·

| Service Hours | |
|---|---|
| Mon.-Fri. | 7:30 am - 7:00 pm |
| Saturday | 7:30 am - 12:00 pm |
| Sunday | Closed |

4387 Elick Lane
Batavia, Ohio 45103
513-752-3123
https://www.holmanrv.com
CELL: 859-393-2325

CUSTOMER NO. **96260**

ADVISOR **HAYDEN BAILEY** 1109 TAG NO. **1013**

INVOICE DATE **02/21/22** INVOICE NO. **RVCS445241**

CHAD A MURRAY
5169 KY HIGHWAY 1992
WARSAW, KY 41095

CMKBMURRAY@MSN.COM

RESIDENCE PHONE **859-445-1462** BUSINESS PHONE **859-393-2325**

LABOR RATE | LICENSE NO. | MILEAGE 1 | STANTON/ | STOCK NO. 46617

YEAR/MAKE/MODEL 2L/KEYSTONE/TT/ALPINE 3850RD | DELIVERY DATE 08/29/21 | DELIVERY MILES 0

VEHICLE I.D. NO. 4 Y D F 3 8 5 2 X M E 7 8 1 0 1 3

F.T.E. NO. | P.O. NO. | R.O. DATE 11/15/21 | PRODUCTION DATE

COMMENTS | MO: 1

**TOTALS**
A SERVICE CHARGE OF 1.5% PER MONTH, 18% APR, WILL BE ADDED TO ALL OVERDUE ACCOUNTS. ALSO LIABLE FOR ALL LEGAL AND COLLECTION FEES.

| TOTAL LABOR.... | 161.03 |
|---|---|
| TOTAL PARTS... | 17.97 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 5.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX..... | 12.42 |
| **TOTAL INVOICE $** | **196.42** |

PAYMENT METHOD   DATE:        INITIALS:
[ ] CASH              [ ] VISA/MASTERCARD
[ ] CHECK NO.------  [ ] DISCOVER
                      [ ] AMEX

PARTS DESIGNATED WITH AN ASTERISK (*) INDICATES LIFETIME GUARANTEE APPLIES FOR CUSTOMER PAY REPAIRS

_____
CUSTOMER SIGNATURE

LIMITED WARRANTY: The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

90 DAYS OR 4,000 MILES GUARANTEE, WHICHEVER OCCURS FIRST, ON ALL PARTS & LABOR.

THIS FACILITY CHARGES 5.2% OF THE TOTAL CHARGES UP TO A MAXIMUM OF $22.00 FOR SHOP MATERIALS.

**NOTICE**
• YOU MAY RECEIVE A SERVICE QUESTIONNAIRE/FOLLOW UP REGARDING THIS SERVICE VISIT.
• OUR GOAL IS FOR YOU TO BE COMPLETELY SATISFIED.

**NOTICE**
THIS FACILITY CHARGES $5.00 A DAY FOR STORAGE FEES ON UNITS LEFT 14 DAYS AFTER INVOICE DATE.